550 new

1 | COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

3 | Name **Kekaula        Kwame        N**            FILED
4 |     (Last)          (First)        (Initial)
5 | Prisoner Number **F-95496**                        FEB - 5 2008
6 | Institutional Address **Wasco State Prison**      RICHARD W. WIEKING
                                                      CLERK, U.S. DISTRICT COURT
7 | **P.O. Box 5500   Wasco, CA  93280**              NORTHERN DISTRICT OF CALIFORNIA

9 |                UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA

11 | **Kwame Nkumah Kekaula**
     (Enter the full name of plaintiff in this action.)           CV 08        0812
12 |                  vs.                              Case No. _____
                                                      (To be provided by the clerk of court)
13 | **Joel Luera,**
14 | **Edward R Jagels**                              COMPLAINT UNDER THE
                                                      CIVIL RIGHTS ACT,
15 | **The City of Bakersfield**                       42 U.S.C §§ 1983

                                                        E-filing
16 |
     (Enter the full name of the defendant(s) in this action))

18 | *[All questions on this complaint form must be answered in order for your action to proceed..]*
19 | I.    Exhaustion of Administrative Remedies
20 |       [**Note:** You must exhaust your administrative remedies before your claim can go
21 |       forward. The court will dismiss any unexhausted claims.]
22 |    A.    Place of present confinement **Wasco State Prison**
23 |    B.    Is there a grievance procedure in this institution?
24 |              YES ( )    NO (X)
25 |    C.    Did you present the facts in your complaint for review through the grievance
26 |          procedure?
27 |              YES ( )    NO (X)
28 |    D.    If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                              - 1 -

appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal _____

_____

_____ 2. First formal level _____

_____

_____

3. Second formal level _____

_____

_____ 4 Third formal level _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

        YES ( )    NO (X)

F. If you did not present your claim for review through the grievance procedure, explain why. *There is no grievance procedure.*

_____

_____

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

*Kwame Nkumah Kekaula*
*H-3, 168 Low*
*P.O. Box 9900 Wasco, CA 93280-9900*

B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT        - 2 -

1         place of employment.
2   Joel Luera, Bakersfield Police officer, Bakersfield Police Department
3   Edward R Jagels, District Attorney, Bakersfield District Attorney office
4   The city of Bakersfield, California
5
6                                                 III.

7 Statement of Claim

8      State here as briefly as possible the facts of your case. Be sure to describe how each
9 defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 separate numbered paragraph.

12 1. On May 13th, 2005, Police officer Joel Luera badge #809, violated
13 my 4th + 14th Amendment constitutional guarantee by unlawfully
14 searching my place of Residence without a search warrant or
15 exigent circumstances. Officer Luera (#809) unlawfully seized
16 a quantity of a controlled substance and two thousand and Forty-Five
17 dollars (2,045)

18 2. On or About May 31, 2005, District Attorney Edward R. Jagels,
19 Bakersfield, CA filed a complaint case # BF110471 alleging 2
20 counts of possession of a controlled substance. District Attorney
21 Edward R Jagels did conspier together with Police officer Joel
22 Luera and the Bakersfield Police to violated my 4th + 14th U.S
23 constitutional guarantees

24 3. Back of this paper (turn over)

25 IV.    Relief

26      Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28 I pray for the honorable Judge render a judgement

COMPLAINT                             - 3 -

3. On or About May 31, 2005, District Attorney Edward R Jagels, Police officer Joel Luera acting in the color of authority of the city of Bakersfield did conspirer to violate my 4th + 14th Amendments U.S. Constitutional guarantee.

1  to overturn my conviction after granting my P.C 1538.5 Suppression
2  motion to protect my constitutional guarantees (4th Amendment)
3  I pray for the honorable Judge to grant me 10 million
4  dollars ($10,000,000) in damages and pain and suffering
5  caused by the conviction and incarceration

7  I declare under penalty of perjury that the foregoing is true and correct.

9  Signed this January day of 31st, 2008

11  *Kwame Kekaula*
12  (Plaintiff's signature)

COMPLAINT                                    - 4 -

I, Kwame Kekaula, DECLARE UNDER PENALTY THAT

I AM THE Defendant IN THE ABOVE ENTITLED ACTION. I AM SENDING THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF, TO BE TRUE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION AND AS TO THOSE MATTERS I BELIEVE THAT THEY ARE TRUE.

EXECUTED THIS Jan DAY OF 31st, 20 08, AT WASCO STATE PRISON, WASCO, CALIFORNIA 93280

Kwame Kekaula
SIGNATURE OF DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. section 1013(a) & 2015.5; 2U.S.C.A. section 1746)

I, Kwame Kekaula AM A RESIDENT OF WASCO STATE PRISON, STATE OF CALIFORNIA: I AM OVER EIGHTEEN (18) YEARS AND AM/ARE THE DEFENDENT IN THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS:
_____ WASCO, CALIFORNIA 93280

EXECUTED THIS Jan DAY OF 31st, 20 08, I SERVED THE FOREGOING;
§ § 1983 Action
(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTIES HEREIN BY PLACING A TRUE COPY(S) THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX AT WASCO STATE PRISON, WASCO, CALIFORNIA 93280 OR WAS PICKED UP BY CORRECTIONS IN CHARGE OF PICKING UP MAIL ADDRESSED AS FOLLOWS:

P.O Box 9900

H-3, 168 Low

Wasco, CA 93280-9900

THERE IS MAIL SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE SO ADDRESSED.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE.

DATED: Jan 31st, 20 08.

Kwame Kekaula
SIGNATURE OF DECLARANT/PRISONER

13

Kwame Kekaula F-95496
H-3, 108 Low
P.O. Box 9900
Wasco, CA 93280-9950
(Wasco State Prison)

RECEIVED
FEB - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the United States
Court for the Northern
California
450 Golden Gate
Box 36060