UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

January 24, 2008

ENDORSED
F I L E D
San Francisco County Superior Court

JAN 2 5 2008

GORDON PARK-LI, Clerk
BY: _____JEANETTE SANTOS_____
                              Deputy Clerk

General Court Number
415.522.2000

FILED

FEB 0 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  CV 07-5503 PJH, Thomas B. Gaines, et al. V. Johnson & Johnson, et al.
     Your Case Number: CGC-06-457600

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Felicia Reloba*
by: Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg