**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7   KEKAULA KWAME,

8                    Plaintiff,                    No. C 08-0812 PJH (PR)

9         v.                                       **ORDER OF TRANSFER**

10  JOEL LUERA, EDWARD R. JAGELS,
    and THE CITY OF BAKERSFIELD,
11

12                    Defendants.
                                              /

13        This is a civil rights case brought pro se by a state prisoner.  The acts complained of

14  occurred in Bakersfield, which lies within the venue of the United States District Court for

15  the Eastern District of California.  Defendants, who are a Bakersfield police officer and a

16  prosecutor, appear to reside there as well.  Venue, therefore, properly lies in that district

17  and not in this one.  *See* 28 U.S.C. § 1391(b).

18        This case is **TRANSFERRED** to the United States District Court for the Eastern

19  District of California.  *See* 28 U.S.C. § 1406(a).  In view of the transfer, the court will not

20  rule upon plaintiff's request for leave to proceed in forma pauperis.  Plaintiff may disregard

21  the clerk's notice regarding his in forma pauperis application.

22        **IT IS SO ORDERED.**

23  Dated:  February 25, 2008.
                                    _____
24                                  PHYLLIS J. HAMILTON
                                    United States District Judge
25

26

27

28  G:\PRO-SE\PJH\CR.08\KWAME0812.TRN.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


KEKAULA KWAME,

               Plaintiff,

   v.

JOEL LUERA et al,

               Defendants.

                                     /

Case Number: CV08-00812 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Kwame Nkumah Kekaula F-95496
Wasco State Prison
P.O. Box 5500
Wasco, CA 93280

Dated: February 26, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk