**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                        General Court Number
Clerk                                                                              415.522.2000

February 27, 2008

United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

**RE: CV 08-00812 PJH  KWAME N KEKAULA-v-JOEL LUERA, et al.**

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

☐          Certified copy of docket entries.

☐          Certified copy of Transferral Order.

☐          Original case file documents.

X          Please access the electronic case file for additional pleadings you may need.  See

the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by:  Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

CLOSED, E-Filing, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-00812-PJH
## Internal Use Only

Kekaula v. Luera et al
Assigned to: Hon. Phyllis J. Hamilton
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/05/2008
Date Terminated: 02/25/2008
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Kwame Nkumah Kekaula**

represented by **Kwame Nkumah Kekaula**
F-95496
Wasco State Prison
P.O. Box 5500
Wasco, CA 93280
PRO SE

V.

**Defendant**

**Joel Luera**

**Defendant**

**Edward R. Jagels**

**Defendant**

**The City of Bakersfield**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2008 | 1 | COMPLAINT against Joel Luera, Edward R. Jagels, The City of Bakersfield. Filed byKwame Nkumah Kekaula. (Attachments: # 1 Envelope)(far, COURT STAFF) (Filed on 2/5/2008) (Entered: 02/07/2008) |
| 02/05/2008 | | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 2/5/2008) (Entered: 02/07/2008) |
| 02/05/2008 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Kwame Nkumah Kekaula. (far, COURT STAFF) (Filed on 2/5/2008) (Entered: 02/07/2008) |
| 02/05/2008 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (far, COURT STAFF) (Filed on 2/5/2008) (Entered: |

| | | |
|---|---|---|
| | | 02/07/2008) |
| 02/06/2008 | 🔵4 | **ERRONEOUSLY E-FILED, DISREGARD**<br>ACKNOWLEDGMENT OF RECEIPT of copies of docket entries and remand order received from the San Francisco County Superior Court. (far, COURT STAFF) (Filed on 2/6/2008) Modified on 2/7/2008 (far, COURT STAFF). (Entered: 02/07/2008) |
| 02/25/2008 | 🔵5 | ORDER OF TRANSFER. Signed by Judge Phyllis J. Hamilton on 2/25/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 2/25/2008) (Entered: 02/26/2008) |
| 02/27/2008 | 🔵6 | CLERK'S LETTER to the USDC, Eastern District of California re transfer of case. (far, COURT STAFF) (Filed on 2/27/2008) (Entered: 02/27/2008) |